**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  Lee O Oneal                                    CHAPTER 13
        211 W. Emily Ave.
        Wharton, TX  77488                    CASE NO. 22-33192-H4

              DEBTOR

---

**NOTICE OF TRUSTEE'S**
**INTENT TO PAY CLAIMS**

---

Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Lee O Oneal<br>211 W. Emily Ave.<br>Wharton, TX  77488 | $0.00 | DEBTOR REFUND |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | $0.00 | WITHDRAWN<br>ACCT:  8145<br>COMM:  NOTICE ONLY (WALMART CREDIT CARD) |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,288.53 | UNSECURED CREDITOR<br>ACCT:  4064<br>COMM:  CREDIT CARD (CREDIT ONE BANK) |
| CAVALRY SPV I LLC<br>PO BOX 27288<br>TEMPE, AZ  85282 | $2,682.42 | UNSECURED CREDITOR<br>ACCT:  7233<br>COMM:  CREDIT CARD (CITIBANK / HOME DEPOT) |
| MCCREARY VESELKA BRAGG AND ALLEN<br>PO BOX 1269<br>ROUND ROCK, TX  78680 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY |

CASE NO.  22-33192-H4   Lee O Oneal

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA, NA<br>PO BOX 15312<br>WILMINGTON, DE  19850-5312 | $7,556.46 | MOTOR VEHICLE (POST 10/17/05)<br>ACCT:  5241<br>COMM:  2016 CHEVROLET<br>SILVERADO (TRUCK IN PLAN) (PAY<br>CLM) OK PER TRUSTEE |
| NET CREDIT<br>175 W JACKSON BLVD #1000<br>CHICAGO, IL  60604 | $2,564.04 | UNSECURED CREDITOR<br>ACCT:  6332<br>COMM:  MONEY LOANED (NC<br>FINANCIAL) |
| SANTANDER CONSUMER USA INC<br>DBA CHRYSLER CAPITAL<br>PO BOX 961278<br>FORT WORTH, TX  76161 | $44,065.30 | MOTOR VEHICLE (POST 10/17/05)<br>ACCT:  8980<br>COMM:  2020 DODGE TR RAM 3500<br>(WORK TRUCK IN PLAN) (PAY<br>CLM) OK PER TRUSTEE |
| JANE M MCLAUGHLIN<br>77 SUGAR CREEK CENTER BLVD., STE 600<br>SUGAR LAND, TX  77478 | $3,568.00 | ATTORNEY FEES<br><br>COMM:  ATTY FEES PER -  S/ORDER<br>- 11/14/22 |
| WHARTON COUNTY TAX OFFICE<br>PO BOX 189<br>WHARTON, TX  77488 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  6263<br>COMM:  211 W EMILY AVE,<br>WHARTON TX 77488 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00 | NOT FILED<br>ACCT:  2325 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $326.14 | UNSECURED CREDITOR<br>ACCT:  2044<br>COMM:  CREDIT CARD - CREDIT<br>ONE BANK |
| DSRM NAT BANK/VALERO<br>PO BOX 696000<br>SAN ANTONIO, TX  78260 | $0.00 | NOT FILED<br>ACCT:  0000 |
| FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS, SD  57117 | $0.00 | NOT FILED<br>ACCT:  3535 |

CASE NO.  22-33192-H4   Lee O Oneal

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | $848.99 | UNSECURED CREDITOR<br>ACCT:  9093<br>COMM:  CREDIT CARD |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | $2,401.62 | UNSECURED CREDITOR<br>ACCT:  8259<br>COMM:  JUDGMENT -<br>SYNCHRONY/WALMART |
| RELIABLE FINANCE<br>107 W JACKSON<br>EL CAMPO, TX  77437 | $0.00 | NOT FILED<br>ACCT:  6311 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | $8,337.99 | UNSECURED CREDITOR<br>ACCT:  3343<br>COMM:  CREDIT CARD -<br>SYNCHRONY/SLEEP NUMBER |
| THE BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD  57106 | $332.54 | UNSECURED CREDITOR<br>ACCT:  3685<br>COMM:  CREDIT CARD - TOTAL<br>SELECT |
| TOTAL VISA/BANK OF MISSOURI<br>ATTN: BANKRUPTCY<br>PO BOX 85710<br>SIOUX FALLS, SD  57118 | $0.00 | NOT FILED<br>ACCT:  7686 |
| THE BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD  57106 | $276.47 | UNSECURED CREDITOR<br>ACCT:  9670<br>COMM:  CREDIT CARD - TOTAL<br>VISA |
| TEXAS GULF FEDERAL CREDIT UNION<br>1313 WEST LOOP<br>EL CAMPO, TX  77437 | $12,879.54 | UNSECURED CREDITOR<br>ACCT:  7710<br>COMM:  MONEY LOANED |
| DON J KNABESCHUH<br>ATTORNEY AT LAW<br>PO BOX 571587<br>HOUSTON, TX  77257 | $0.00 | PARTY REQUESTING NOTICE<br><br>COMM:  NOTICE ONLY<br>(TEXASGULF FEDERAL CREDIT<br>UNION) |

CASE NO.  22-33192-H4   Lee O Oneal

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | $182.63 | UNSECURED CREDITOR<br>ACCT:  0001<br>COMM:  SERVICES RENDERED |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,212.17 | UNSECURED CREDITOR<br>ACCT:  8116<br>COMM:  CREDIT CARD - PROVIDIAN FINANCIAL CORP |
| PYOD LLC<br>c/o RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC  29602 | $1,082.23 | UNSECURED CREDITOR<br>ACCT:  3529<br>COMM:  CREDIT CARD - PLAINS COMMERCE BANK |

**TOTAL:** **$89,605.07**

CASE NO.  22-33192-H4   Lee O Oneal

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred.

DATED: February 08, 2024

/s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail February 13, 2024.

Electronically signed by
David G. Peake, Chapter 13 Trustee