**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE:  Lee O Oneal<br>211 W. Emily Ave.<br>Wharton, TX  77488 | CHAPTER 13<br><br>CASE NO. 22-33192-H4 |
| DEBTOR | |

**NOTICE RESETTING DISMISSAL HEARING**

You are hereby advised that the dismissal hearing regarding the above referenced case has been rescheduled for 04/01/2024 at  9:00 am. at the U.S. Bankruptcy Court, 515 Rusk, Room 401, 4th Floor, Houston, TX 77002-0000.

DATED: March 21, 2024

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice Resetting Dismissal Hearing has been served  electronically on all parties requesting electronic notice and has been served on the listed parties  (if listed) by mailing a copy of same to the address listed below via first class mail Thursday , March 21, 2024.

Debtors:
Lee O Oneal
211 W. Emily Ave.
Wharton,  TX  77488

Debtor's Attorney:
JANE M MCLAUGHLIN
77 SUGAR CREEK CENTER BLVD., STE 600
SUGAR LAND,  TX  77478

/s./ David G. Peake
DAVID G. PEAKE, TRUSTEE