UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

In Re: Lee O Oneal
Debtor

Case No.: 22–33192
Chapter: 13

---

**ORDER WITHDRAWING MOTION TO DISMISS**

1. On this date, the chapter 13 trustee orally moved to withdraw his Motion to Dismiss.

2. The chapter 13 trustee's motion to dismiss is withdrawn.

Signed and Entered on Docket: 4/1/24.

_____
Christopher M. Lopez
United States Bankruptcy Judge